1  RICHARD R. PATCH (State Bar No. 88049)
   LAUREN S. KOWAL (State Bar No. 224976)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:       ef-rrp@cpdb.com
5                ef-lsk@cpdb.com

6  Attorneys for Defendants
   DISH NETWORK CORPORATION,
7  ECHOSTAR TECHNOLOGIES L.L.C.,
   and DISH NETWORK L.L.C.

8
   JOSEPH S. FARZAM (State Bar No. 210817)
9  ANGEL M. BAKER (State Bar No. 227283)
   JOSEPH FARZAM LAW FIRM
10 1875 Century Park East, Suite 1345
   Los Angeles, California 90067
11 Telephone:  (310) 226-6890
   Facsimile:  (310) 226-6891
12 Email:  farzam@lawyer.com

13 Attorneys for Plaintiffs
   DAVID MELAMED and ISSAM ALSHAER

14

15             **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17                  **WESTERN DIVISION**

18 DAVID MELAMED, an individual,          Case No. 12-8941 DSF (SSx)
   and ISSAM ALSHAER, an individual,
19 on behalf of themselves and those       **STIPULATION REGARDING**
   similarly situated,                     **VOLUNTARY DISMISSAL**
20
                                           Complaint Filed: October 17, 2012
21            Plaintiffs,                   Hon. Dale S. Fischer

22      v.

23 DISH NETWORK CORPORATION,
   DISH NETWORK L.L.C.,
24 ECHOSTAR TECHNOLOGIES
   L.L.C., and DOES 1 through 10
25 inclusive,

26            Defendants.

27

28

09617.035 2212929v1

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

1     This Stipulation Regarding Voluntary Dismissal ("Stipulation") is entered into

2 by and between Plaintiffs David Melamed and Issam Alshaer ("Plaintiffs"), on the

3 one hand, and DISH Network Corporation ("DNC"), EchoStar Technologies L.L.C.

4 ("EchoStar"), and DISH Network L.L.C. ("DISH") (collectively, "Defendants") on

5 the other hand.  Plaintiffs and Defendants are each a "Party," and are collectively the

6 "Parties."

7     WHEREAS, Plaintiffs filed the Complaint for Damages ("Complaint") in this

8 action on October 17, 2012, naming Defendants DNC, EchoStar, and DISH;

9     WHEREAS, Defendants have represented to Plaintiffs that DNC and

10 EchoStar do not have a contractual or other relationship with Plaintiffs or other

11 customers, and are therefore not proper defendants in this action;

12     WHEREAS, in light of Defendants' representation, Plaintiffs have agreed to

13 voluntarily dismiss DNC and EchoStar from the Complaint without prejudice,

14 provided that Defendants agree that any unexpired statutes of limitations will be

15 tolled from the date of the filing of the Complaint until the date of dismissal of this

16 action;

17     WHEREAS, Defendants agree to this tolling arrangement.

18     NOW THEREFORE, the parties, by and through the undersigned counsel,

19 agree as follows:

20     1.    Plaintiffs will voluntarily dismiss DNC and EchoStar from this action

21 without prejudice.  Plaintiffs will file a notice of voluntary dismissal with the Court

22 on or before December 7, 2012.

23     2.    Defendants agree that any statutes of limitations with respect to the

24 claims asserted against DNC and EchoStar in the Complaint that were unexpired as

25 of the date of the filing of the Complaint shall be tolled from October 17, 2012 until

26 the date of dismissal of this action.  This agreement is not intended to and does not

27 revive any claims that were time-barred as of the date of the filing of the Complaint.

28     3.    This Stipulation will be filed with the Court only if a Party is required

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1 | to file the Stipulation in order to enforce any provision herein.

2

3 | DATED: November 27, 2012          COBLENTZ, PATCH, DUFFY & BASS LLP

4

5 | By: _____

6 | Lauren S. Kowal

7 | Attorneys for Defendants DISH
NETWORK CORPORATION,

8 | ECHOSTAR TECHNOLOGIES L.L.C.,
and DISH NETWORK L.L.C.

9

10

        December 7, 2012
11 | DATED: November xxxxx2012          JOSEPH FARZAM LAW FIRM

12

13

14 | By:  /s/ Joseph Farzam

15 | Joseph Farzam
Attorneys for Plaintiffs

16 | DAVID MELAMED and ISSAM
ALSHAER

17

18

19

20

21

22

23

24

25

26

27

28

09617.035 2212929v1                              2