1  André E. Jardini, Bar No. 71335
   aej@kpclegal.com
2  K.L. Myles, Bar No. 243272
   klm@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
5  Facsimile:  (818) 547-5329

6  Joseph S. Farzam, Bar No. 210817
   farzam@lawyer.com
7  JOSEPH FARZAM LAW FIRM
   1875 Century Park East, Suite 1345
8  Los Angeles, California 90067
   Telephone: (310) 226-6890
9  Facsimile: (310) 226-6891

10 Attorneys for Plaintiffs
   DAVID MELAMED, an individual, and ISSAM
11 ALSHAER, an individual, on behalf of themselves
   and those similarly situated

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15 DAVID MELAMED, an individual, and      ) NO.  CV12-08941 DSF (SSx)
   ISSAM ALSHAER, an individual, on       ) CLASS ACTION
16 behalf of themselves and those similarly)
   situated,                              ) Date:            June 9, 2014
17                                        ) Time:            1:30 p.m.
           Plaintiffs,                    ) Ctrm:            840
18     v.                                 )
                                          ) Judge:   The Hon. Dale S. Fischer
19 DISH NETWORK CORPORATION,              )
   DISH NETWORK LLC, ECHOSTAR             ) NOTICE OF MOTION AND
20 TECHNOLOGIES LLC, and DOES 1           ) MOTION FOR FINAL APPROVAL
   through 20 inclusive,                  ) OF SETTLEMENT AND AWARD
21                                        ) OF ATTORNEYS' FEES AND
           Defendants.                    ) INCENTIVE AWARDS
22                                        )
                                          ) [Filed Concurrently With Plaintiffs'
23                                        ) Memorandum of Points and
                                          ) Authorities and Declarations of Andre
24                                        ) E. Jardini and Joseph S. Farzam in
                                          ) Support Thereof]
25                                        )

26 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

27       PLEASE TAKE NOTICE that on the 9th day of June, 2014, at 1:30 p.m., in

28 Courtroom 840, or as soon thereafter as counsel may be heard before the Hon. Dale

KNAPP,
PETERSEN
& CLARKE

-1-

1981109.1  08000/00969

1  S. Fischer at the above-entitled Court, located at 255 East Temple Street, Los
2  Angeles, CA 90012, plaintiffs DAVID MELAMED, an individual, and ISSAM
3  ALSHAER, an individual, on behalf of themselves and those similarly situated, will
4  move for final approval of a class action settlement and award of attorneys' fees and
5  incentive awards for class representative plaintiffs.

6       Specifically, plaintiffs will seek an order granting class counsel's application
7  for attorneys' fees and costs in the amount of $365,000.00  Plaintiffs further seek an
8  order awarding enhancement awards of $1,800.00 to each named plaintiff.

9       This motion is made pursuant to Fed. R. Civ. P. 23(e).  Counsel has complied
10 with Local Rule 7-3 by discussing this motion with defense counsel, who does not
11 oppose this motion.  This motion is made in compliance with this Court's order dated
12 January 16, 2014, requiring plaintiffs to submit a motion for final approval of class
13 action settlement, and plaintiffs' fee application no later than April 17, 2014.  (Dkt.
14 38.)

15      This motion is based on this notice, the records, pleadings and files herein, the
16 memorandum of points and authorities, the declarations of André E. Jardini and
17 Joseph S. Farzam, and all relevant exhibits attached thereto, and on such oral or
18 documentary evidence as may be presented at the hearing.

20 Dated:  April 17, 2014        KNAPP, PETERSEN & CLARKE

By: /s/ André E. Jardini
    André E. Jardini
    K.L. Myles
    Attorneys for Plaintiffs
    DAVID MELAMED, an individual,
    and ISSAM ALSHAER, an
    individual, on behalf of themselves
    and those similarly situated

KNAPP,
PETERSEN
& CLARKE

-2-

1981109.1  08000/00969